SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>M.K. Auto, Inc., et al,<br><br><br><br>Defendants | Case No.: CIV.S 08-cv-03172-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MAGDI GENDI AND** *Proposed* **ORDER**<br><br>Complaint Filed: DECEMBER 31, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Magdi Gendi) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Magdi Gendi) is dismissed because this Defendant is not a proper party .

Dated: March 23, 2009  /s/Scott N. Johnson
  SCOTT N. JOHNSON
  Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
  CIV: S-089-03172-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated: March 23, 2009  /s/ John A. Mendez
U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com